# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Killian, Lewis M. | U.S. Bankruptcy Court | 04/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

110 E. Park Avenue, Ste. 200
Tallahassee, FL 32301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Killian, Lewis M. | 04/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Glaxo-Smith Kline - pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | January 19-21, 2011 | Tampa, FL | Midyear Business Law Meeting | Meals, Lodging & Mileage |
| 2. | The Florida Bar | May 6-15, 2011 | Amsterdam, Netherlands | BLS Exec. Cuncil Retreat | Meals, Lodging & Airfare |
| 3. | Alabama State Bar | June 17-19, 2011 | Destin, FL | Bankruptcy at the Beach Seminar | Meals, Lodging & Mileage |
| 4. | The Florida Bar | June 22 - 24, 2011 | Orlando, FL | Business Law Meeting | Meals, Lodging & Mileage |
| 5. | The Florida Bar | November 2-4, 2011 | Tampa & Miami, FL | View from the Bench Seminar | Meals, Lodging & Airfare |

| Name of Person Reporting | Date of Report |
|---|---|
| Killian, Lewis M. | 04/23/2012 |

| 6. | The Florida Bar | November 30 - December 1, 2011 | Ft. Lauderdale, FL | Business Law Meeting | Meals, Lodging & Airfare |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Killian, Lewis M. | 04/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Killian, Lewis M. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch, IRA, Custodian | B | Dividend | K | T | | | | | |
| 2. --Dreyfus Greater - China Fund Class C Frac Qty | | | | | Sold | 12/12/11 | J | A | |
| 3. --Blackrock Latin - Am FD Inc. C Fran Shr Qty | | | J | T | | | J | | |
| 4. --MBLOX - ML Global Allocation B (nka Blackrock) | A | | J | T | | | | | |
| 5. --MCGRX - ML Nat Resources Trust CL C (Blackrock) | | | J | T | | | | | |
| 6. -- Spdr Gold Trust | | | J | T | Buy | 12/12/11 | J | | |
| 7. -- Invesco Van Kampen American Franchise FD C | | | | | Buy | 02/16/11 | K | | |
| 8. -- Invesco Van Kampen American Franchise FD C | | | | | Sold | 12/12/11 | K | A | |
| 9. -- Lord Abbett Short Duration Income Fund C | | | J | T | Buy | 12/13/11 | J | | |
| 10. -- Loomis Sayles Core Plus Bond Fund CL C | | | J | T | Buy | 12/13/11 | J | | |
| 11. -- Blackrock High Yld Bond Port Class C | | | J | T | Buy | 12/13/11 | J | | |
| 12. Merrill Lynch, IRA - Custodian (spouse) (rolled into #13) | B | Dividend | K | T | | | | | |
| 13. -- American Balanced Fund A | A | Dividend | K | T | | | | | |
| 14. -- Mineral Rights, Sec 19, 1N - 3W, (cont'd in add'l info) | A | | J | W | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Killian, Lewis M. | 04/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII (cont'd.)  -- COMMENTS

Line 14 (cont'd) - Garvin County, OK, (Inherited 2001)(X)⬛⬛⬛ ).   Previously not reported - believed to have little or no value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Lewis M. Killian**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544